IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| LEA SECHLER, ET AL. | § | |
| | § | |
| VS. | § | CIVIL NO. A-98-CA-790 JN |
| | § | |
| RENT ROLL, INC., ET AL. | § | |

**FINAL JUDGMENT**

Before the Court is the above-entitled cause of action. Based on the Court's previous Order dismissing Plaintiffs' claims, the Court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS ORDERED, ADJUDGED AND DECREED that all Plaintiffs' claims against Defendants are hereby DISMISSED WITH PREJUDICE and that Plaintiffs' take nothing in this lawsuit against the Defendants.

SIGNED AND ENTERED this 22d day of September, 1999.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE

53